IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DANIEL E. JOHNSON                                                    PLAINTIFF

V.                                    CASE NO.: 5:14-CV-5324

SHERIFF TIM HELDER                                                  DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 26) filed in this case on July 27, 2015, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas.  The parties were advised that objections to the Report and Recommendation were due no later than August 13, 2015.  On August 19, 2015, the Court was informed that Plaintiff Daniel Johnson had changed his address.  The Clerk of Court then resent the Report and Recommendation to Plaintiff's new address and imposed a new deadline to file objections of September 8, 2015.  That new deadline has now passed, and no objections were filed by either party.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE** for failure to obey court orders and for failure to prosecute.  All other pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED** on this ___9th___ day of September, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE